# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                           Plaintiff,<br><br>v.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION, et al.,<br><br>                           Defendants. | Case No. 2:15-cv-01139-JCM-PAL<br><br>**ORDER** |

Pursuant to the Status Report (Dkt. #45) filed February 19, 2016, Plaintiff Deutsche Bank National Trust Company advised that it submitted an Alternative Dispute Resolution Claim Form and the required payment to the Nevada Real Estate Division ("NRED") on December 7, 2015. *See* Status Report Exhibit 1 (Dkt. #45-1). However, NRED has not scheduled a mediation or otherwise responded to Plaintiff's counsel regarding its claim. As the purpose of the 60 day stay was to mediate within 60 days and NRED has not even responded to the request, the stay will be lifted, and this case prepared for resolution.

Accordingly,

**IT IS ORDERED:**

1. The stay in this matter is **LIFTED**.
2. The discovery cutoff is **May 20, 2016** and the parties shall comply with the deadlines established by the Joint Discovery Plan and Scheduling Order (Dkt. #24).

Dated this 23rd day of February, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1