ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
       tenesa.scaturro@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE GSAA TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8,<br><br>Plaintiff,<br><br>vs.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL I, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01139-JCM-PAL<br><br>**BANK OF AMERICA, N.A.'S DISCLAIMER OF INTEREST AND STIPULATION FOR DISMISSAL** |

1

SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,

                Counter-Claimant,

vs.

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE GSAA TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., a national association; DAVID BASES, an individual; KERI BASES, an individual,

                Counter-Defendant/Cross-Defendants.

SFR Investments Pool 1, LLC, by and through its counsel of record Diana Cline Ebron, Esq. of Kim Gilbert Ebron, and Bank of America, N.A. by and through its counsel of record, Melanie D. Morgan, Esq. and Tenesa S. Scaturro, Esq. of Akerman LLP, hereby stipulate and agree as follows:

1. The subject property is located at 9165 Cantina Creek Court, Las Vegas, Nevada 89178 and bears Assessor's Parcel Number 176-20-410-44.

2. Bank of America is the master servicer of the underlying loan.

3. Bank of America does not claim any current right, title or interest in the subject property.

4. In consideration of Bank of America entering into this Stipulation, SFR Investments Pool 1, LLC agrees to dismiss its crossclaims against Bank of America without prejudice from the instant lawsuit, with each party to bear its own fees and costs. SFR also agrees to vacate the deposition of the FRCP 30(b)(6) witness for Bank of America.

Dated: May 17, 2016

**AKERMAN LLP**

*/s/ Melanie D. Morgan, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America*

Dated: May 17, 2016

**KIM GILBERT EBRON**

*/s/ Diana Cline Ebron, Esq.*
DIANA S. CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ordered as follows:

IT IS HEREBY ORDERED Bank of America is dismissed without prejudice.

IT IS HEREBY FURTHER ORDERED THAT each party shall bear its own fees and costs.

**IT IS SO ORDERED**:

_____
**UNITED STATES DISTRICT JUDGE**

DATED May 17, 2016