UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE GSAA MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8,<br><br>Plaintiff(s),<br><br>v.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-1139 JCM (PAL)<br><br>ORDER |

Presently before the court is defendant Talasera and Vicanto Homeowners' Association's ("defendant") motion for leave to file excess pages. (ECF No. 83).

On July 19, 2016, defendant filed a motion to dismiss. (ECF No. 72). On August 5, 2016, plaintiff Deutsche Bank National Trust Company and crossdefendants Bank of America, N.A., and Nationstar Mortgage, LLC (collectively, as "lenders") filed a response. (ECF No. 78). The deadline for defendant's reply was August 15, 2016.

Local Rule 7-3(b) sets a 12-page limit for replies, excluding exhibits. Moreover, Local Rule 7-3(c) provides that "[i]n the absence of a court order by the deadline for the underlying motion or brief, the motion to exceed page limits is deemed denied." Failure to comply with subsection (c) of Local Rule 7-3 also results in denial of the request. LR 7-3(c).

Without first seeking leave to do so, defendant filed a 21-page reply to the lenders' response on the day of the deadline. (ECF No. 81). Thereafter, defendant filed the instant motion seeking leave to file an excess of eight (8) pages in its reply under Local Rule 7-3. (ECF No. 83). Defendant filed the instant motion on August 15, 2016, the same day as the deadline for the

**James C. Mahan**
**U.S. District Judge**

underlying reply.  As no court order was entered on August 15, 2016, defendant's motion was deemed denied the same day pursuant to Local Rule 7-3(c).

District courts have inherent power to control their own dockets, including the power to strike items from the docket.  *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010).  In light of the foregoing, the court hereby strikes defendant's reply (ECF No. 81) from the record.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for leave to file excess pages (ECF No. 83) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that defendant's reply (ECF No. 81), be, and the same hereby is, STRICKEN from the record.

IT IS FURTHER ORDERED that the defendant shall have seven (7) days from the date of this order to file a reply to lenders' response (ECF No. 78) that complies with the page limit provided by the local rules.

DATED August 25, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**