1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7   DEUTSCHE BANK NATIONAL TRUST
    COMPANY, et al.,

8                                          Plaintiffs,

9          v.

10  TALASERA AND VICANTO
    HOMEOWNERS' ASSOCIATION, et al.,

11

12                                        Defendants.

Case No. 2:15-cv-01139-JCM-PAL

ORDER

(Emg Mot Stay – ECF No. 90)

13        Before the court is SFR Investments Pool 1, LLC's Emergency Motion to Stay Briefing

14  and/or Litigation.  Having reviewed and considered the motion and Response (ECF No. 91),

15        **IT IS ORDERED** that the Motion to Stay Briefing and/or Litigation (ECF No. 90) is

16  **GRANTED**, and this matter is **STAYED** until 30 days after the order of mandate is entered in

17  *Bourne Valley v. Wells Fargo Bank,* Case No 13-cv-0649 JCM-GWF.

18        DATED this 12th day of October, 2016.

19
20
21                                                    _____
                                                      PEGGY A. LEEN
                                                      UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

1