UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:15-cv-01139-JCM-PAL<br><br>ORDER<br><br>(Mot Strike – ECF No. 84) |

Before the court is Talasera and Vicanto Homeowners' Association's Reply to and Motion to Strike SFR Investments Pool 1, LLC's Limited Response to Talasera and Vicanto Homeowners' Association's Motion to Dismiss the Bank's Complaint (ECF No. 84), and SFR Investments Pool 1, LLC's Response (ECF No. 87). The motion was referred to the undersigned on December 13, 2016. It argues SFR, a defendant in this case, filed its Limited response (ECF No 77) which must be stricken as it has no standing or authority to file a response to the HOA's motion to dismiss the Bank's complaint. SFR opposes the motion to strike arguing it is asserting its own rights which will be impacted by an order dismissing the Bank's complaint against the HOA unless the court dismisses the entire complaint, including the claims against SFR.

Having reviewed and considered the matter,

**IT IS ORDERED** that the Motion to Strike (ECF No. 84) is **DENIED.**

DATED this 10th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE