1   DIANA CLINE EBRON, ESQ.
    Nevada Bar No. 10580
2   E-Mail: diana@kgelegal.com
    JACQUELINE A. GILBERT, ESQ.
3   Nevada Bar No. 10593
    E-Mail: jackie@kgelegal.com
4   KAREN L. HANKS, ESQ.
    Nevada Bar No. 9578
5   E-Mail: karen@kgelegal.com
    KIM GILBERT EBRON
6   7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada  89139-5974
7   Telephone: (702) 485-3300
    Facsimile: (702) 485-3301
8   *Attorney for Defendant/Counterclaimant/Cross-Claimant,*
    *SFR Investments Pool 1, LLC*

9

10              **UNITED STATES DISTRICT COURT**

11                  **DISTRICT OF NEVADA**

12  DEUTSCHE BANK NATIONAL TRUST        Case No.:  2:15-cv-01139-JCM-PAL
    COMPANY AS TRUSTEE FOR THE GSAA
13  TRUST MORTGAGE PASS-THROUGH
    CERTIFICATES, SERIES 2006-8,        **STIPULATION AND ORDER TO**
14                                      **DISMISS SLANDER OF TITLE CLAIM**
                     Plaintiff,
15
    vs.
16
    TALASERA AND VICANTO
17  HOMEOWNERS' ASSOCIATION; SFR
    INVESTMENTS POOL 1, LLC,
18
                     Defendants.
19

20  SFR INVESTMENTS POOL 1, LLC, a
    Nevada limited liability company,
21
                     Counterclaimant,
22
    vs.
23
    DEUTSCHE BANK NATIONAL TRUST
24  COMPANY, AS TRUSTEE FOR GSAA
    TRUST MORTGAGE PASS-THROUGH
25  CERTIFICATES, SERIES 2006-8,
26                   Counter-Defendant.
27
    SFR INVESTMENTS POOL 1, LLC, a
28  Nevada limited liability company,

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

1    Cross-Claimant,

2    vs.

3    NATIONSTAR MORTGAGE, LLC, a
Delaware limited liability company; BANK
4    OF AMERICA, N.A., a national association;
DAVID BASES, an individual; KERI BASES,
5    an individual,

6    Cross-Defendants.

7

8    IT IS HEREBY STIPULATED between Plaintiff/Counter-Defendant DEUTSCHE

9    BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE GSAA TRUST

10   MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8 ("Deutsch Bank"), Cross-

11   Defendant    NATIONSTAR    MORTGAGE,    LLC    ("Nationstar"),

12   Defendant/Counterclaimant/Cross-Claimant SFR INVESTMENTS POOL 1, LLC ("SFR"), and

13   Defendant TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION (the

14   "Association") (collectively, the "Parties"), by and through their respective undersigned counsel

15   of record, that SFR hereby dismisses without prejudice its Third Claim for Relief for Slander of

16   Title against Deutsche Bank and Nationstar filed on September 18, 2015, [ECF No. 22].

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

- 2 -

1   SFR does not dismiss its First Claim for Relief for Declaratory Relief / Quiet Title or its

2   Second Claim for Relief for Preliminary and Permanent Injunction.

3       DATED this 31st day of March, 2017.

4

5   KIM GILBERT EBRON                          AKERMAN LLP

6   /s/ Diana Cline Ebron                      /s/ Tenesa S. Scaturro
    DIANA CLINE EBRON, ESQ.                    ARIEL E. STERN, ESQ.
    Nevada Bar No. 10580                       Nevada Bar No. 8276
7   E-Mail: diana@kgelegal.com                 E-Mail: ariel.stern@akerman.com
    JACQUELINE A. GILBERT, ESQ.                TENESA S. SCATURRO, ESQ.
8   Nevada Bar No. 10593                       Nevada Bar No. 12488
    E-Mail: jackie@kgelegal.com                E-Mail: tenesa.scaturro@akerman.com
9   KAREN L. HANKS, ESQ.                       MELANIE D. MORGAN, ESQ.
    Nevada Bar No. 9578                        Nevada Bar No. 8215
10  E-Mail: karen@kgelegal.com                 E-Mail: melanie.morgan@akerman.com
    KIM GILBERT EBRON                          AKERMAN LLP
11  7625 Dean Martin Drive, Suite 110          1160 North Town Center Drive, Suite 330
    Las Vegas, Nevada  89139-5974              Las Vegas, Nevada  89144-0563
12  Attorney for Defendant/Counterclaimant/    Attorney for Plaintiff/Counter-Defendant,
    Cross-Claimant, SFR Investments Pool 1,    Deutsche Bank National Trust Company, as
13  LLC                                        Trustee for GSAA Trust Mortgage Pass-
                                               Through Certificates, Series 2006-8, and
14                                             Cross-Defendant, Nationstar Mortgage,
                                               LLC
15
    LEACH JOHNSON SONG & GRUCHOW, LTD.
16
    /s/ Ryan D. Hastings
17  RYAN D. HASTINGS, ESQ.
    Nevada Bar No. 12394
18  E-Mail: rhastings@leachjohnson.com
    SEAN L. ANDERSON, ESQ.
19  Nevada Bar No. 7259
    E-Mail: sanderson@leachjohnson.com
20  LEACH JOHNSON SONG & GRUCHOW, LTD.
    8945 West Russell Road, Suite 330
21  Las Vegas, Nevada  89148-1227
    Attorney for Defendant, Talasera and
22  Vicanto Homeowners' Association

23

24                              **ORDER**

25                        IT IS SO ORDERED:

26

27   _____
     UNITED STATES DISTRICT JUDGE
28
                                         April 5, 2017
     DATED: _____

KIMGILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301