# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE GSAA MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8,<br><br>Plaintiff(s),<br><br>v.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-1139 JCM (PAL)<br><br>ORDER |

Presently before the court is defendant Talasera and Vicanto Homeowners' Association's (the "HOA") motion for summary judgment. (ECF No. 100). Plaintiff/counterdefendant Deutsche Bank National Trust Company as trustee for the GSAA trust pass-through certificates, series 2006-8 ("Deutsche Bank") filed a nonopposition response (ECF No. 104), to which the HOA replied (ECF No. 105).

On February 24, 2017, the court granted summary judgment in defendant/counterdefendant SFR Investments Pools 1, LLC's ("SFR") favor on its quiet title claim against Deutsche Bank and the borrowers. (ECF No. 97).

In the instant motion the HOA moves for summary judgment in its favor on Deutsche Bank's quiet title claim. (ECF No. 100). In light of the court's February 24th order, the HOA's motion for summary judgment will be granted.

Accordingly,

IT IS HEREBY ORDERED that the HOA's motion for summary judgment (ECF No. 100) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

The clerk is instructed to enter judgment accordingly and close the case.

DATED July 3, 2017.

_____
UNITED STATES DISTRICT JUDGE