UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE GSAA MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8,<br><br>Plaintiff(s),<br><br>v.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:15-CV-1139 JCM (PAL)<br><br>ORDER |

Presently before the court is the matter of *Deutsche Bank National Trust Company v. Talasera and Vicanto Homeowners' Association et al.*, case number 2:15-cv-01139-JCM-PAL.

The court hereby grants SFR Investments Pool 1, LLC's ("SFR") motion for entry of clerk's judgment (ECF No. 108). SFR shall, within ten (10) days of the entry of this order, prepare and file an appropriate judgment for the court's signature.

Accordingly,

IT IS SO ORDERED.

DATED July 13, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**