DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301

*Attorney for Defendant/Counterclaimant/Cross-Claimant,
SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE GSAA TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8,<br><br>Plaintiff,<br><br>vs.<br><br>TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION; SFR INVESTMENTS POOL 1, LLC,<br><br>Defendants. | Case No.: 2:15-cv-01139-JCM-PAL<br><br>**JUDGMENT** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counterclaimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSAA TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8,<br><br>Counter-Defendant. | |

|   |   |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Cross-Claimant, | |
| vs. | |
| NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., a national association; DAVID BASES, an individual; KERI BASES, an individual, | |
| Cross-Defendants. | |

This action having been considered by the Court, all existing claims having been tried or heard and a decision having been rendered,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendant/Counterclaimant/Cross-Claimant SFR INVESTMENTS POOL 1, LLC and against Plaintiff/Counter-Defendant, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE GSAA TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8, pursuant to Order entered February 24, 2017 [ECF No. 97].

**IT IS FURTHER ORDERED AND ADJUDGED** that the Slander of Title claim against DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE GSAA TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8 was dismissed, pursuant to Stipulation and Order entered April 5, 2017 [ECF No. 103].

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment was entered in favor of Defendant TALASERA AND VICANTO HOMEOWNERS' ASSOCIATION and against DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE GSAA TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8, pursuant to Order entered July 3, 2017 [ECF No. 107]

**IT IS FURTHER ORDERED AND ADJUDGED** that the DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR THE GSAA TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-8's first deed of trust was extinguished pursuant to the properly conducted foreclosure sale. [ECF No. 97].

**IT IS FURTHER ORDERED AND ADJUDGED** that, all the rights and liabilities of all parties to this action having been adjudicated, [ECF No.'s 97, 103 and 107] are incorporated fully herein by reference, and judgment is now final.

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 1, 2017

Respectfully submitted by:

**KIM GILBERT EBRON**

*/s/ Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*